# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| EMMITT RILEY, ADC #171270, | * * * |
| Petitioner, | * |
| v. | *   No. 4:21-cv-00630-JJV |
| | * |
| DEXTER PAYNE, Director, Arkansas Division of Correction, | * * |
| | * |
| Respondent. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 25th day of October 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE